UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHAMAINE STEWART,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>GIMENEZ, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No. 2:20-cv-01855-APG-DJA<br><br>**ORDER** |

**I.  DISCUSSION**

This action is a *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983 by an individual who has been released from the custody of the Clark County Detention Center.  On October 5, 2020, Plaintiff submitted an application to proceed *in forma pauperis* for prisoners.  (ECF No. 1).  On October 7, 2020, this Court denied the Plaintiff's application without prejudice because the application was incomplete and directed Plaintiff to file a new fully complete application on or before December 7, 2020. (ECF No. 3).  On October 20, 2020, this Court received a notice of returned mail.  (ECF No. 4).  Thereafter, on October 26, 2020, Plaintiff filed a notice of change of address.  (ECF No. 5).  The Court now directs Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner on or before **December 11, 2020** or pay the full filing fee of $400.  The Court will retain Plaintiff's civil rights complaint (ECF No. 1-1) but will not file it until the matter of the payment of the filing fee is resolved.

**II.  CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the Clerk of the Court will send Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that on or before **December 11, 2020**, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis* by a non-prisoner;

or (2) pay the full filing fee of $400.

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, this case will be subject to dismissal without prejudice for Plaintiff to file a new case with the Court when Plaintiff is either able to file a fully complete application to proceed *in forma pauperis* by a non-prisoner or pays the full $400 filing fee.

IT IS FURTHER ORDERED that the Clerk of the Court shall retain the complaint (ECF No. 1-1) but shall not file it at this time.

DATED:  October 27, 2020

_____
UNITED STATES MAGISTRATE JUDGE